1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN216799)
   Assistant United States Attorneys
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637–3680
7     Facsimile: (510) 637-3724

8  Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,       )   No. CR-08-70357 WDB
                                     )
14 |     Plaintiff,                  )
                                     )   NOTICE OF ASSOCIATION
15 |     v.                          )   OF ATTORNEY
                                     )
16 | CASILDA SHIPPING, LTD., ET AL,  )
                                     )
17 |     Defendants.                 )
                                     )

18

19     Please take notice that as of June 13, 2008, the Assistant U.S. Attorney whose

20 name, address, telephone number and email address listed below is associated as co-

21 counsel for the government.

22              Wade M. Rhyne, Assistant United States Attorney
                        1301 Clay Street, Suite 340-S
23                          Oakland, CA 94612
                              (510) 637-3693
24                         (510) 637-3724 - Fax
                          Wade.Rhyne@usdoj.gov
25

26 DATED: June 19, 2008             Respectfully submitted,

27                                  JOSEPH P. RUSSONIELLO
                                    United States Attorney
28
                                    _____/s/_____
                                    WADE M. RHYNE
                                    Assistant United States Attorney